**NOT FOR PUBLICATION**

JUL 09 2012

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELSA MAGALI TORRES, | Nos. 08-70600 |
| | 09-71330 |
| Petitioner, | |
| | Agency No. A070-957-915 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petitions for Review of Orders of the
Board of Immigration Appeals

Submitted June 26, 2012[**]

Before:     SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

In these consolidated petitions for review, Elsa Magali Torres, a native and

citizen of Guatemala, petitions for review of the Board of Immigration Appeals'

("BIA") orders denying her motion to reopen.  Our jurisdiction is governed by 8

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen. *See Ordonez v. INS,* 345 F.3d 777, 782 (9th Cir. 2003). We dismiss the petition for review in No. 08-70600, and we deny the petition for review in No. 09-71330.

We dismiss as moot Torres's petition for review of the BIA's January 17, 2008, order because the order has been vacated by the BIA.

In its April 16, 2009, order, the BIA did not abuse its discretion by denying Torres's motion to reopen on the ground that she failed to show prima facie eligibility for cancellation of removal. *See id.,* at 785 (to establish prima facie eligibility, petitioner must show that there is a reasonable likelihood that the statutory requirements for relief have been satisfied).

**In No. 08-70600: PETITION FOR REVIEW DISMISSED.**

**In No. 09-71330: PETITION FOR REVIEW DENIED.**